**1Starr DALTON, Plaintiff—Appellant,**

v.

**WV PAROLE BOARD; Christie Love; Peggy J. Pope; Brenda J. Stuckey; John Doe # 1; JOHN DOE # 2, Defendants—Appellees.**

No. 09–7694.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 27, 2010.

1Starr Dalton, Appellant Pro Se. Christopher James Sears, Shuman, McCuskey & Slicer, PLLC, Charleston, West Virginia, for Appellees.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

1Starr Dalton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dalton v. W. Va. Parole Bd.*, No. 2:08–cv–01216, 2009 WL 2762264 (S.D.W.Va. Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*